| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

LARRY WAYNE RICHARD, §
§
　　　　Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:12-CV-294
§
DONALD R. KELLY, *et al.*, §
§
　　　　Defendants. §

## MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

　　Plaintiff Larry Wayne Richard, an inmate confined at the Stiles Unit in Beaumont, Texas, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983 against Donald R. Kelly, Jean B. Arabie, Travis L. Caldwell, Christopher D. Robinson, and Angelique N. Dennis.

　　The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the motion for summary judgment filed by defendant Angelique N. Dennis be granted.

　　The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes plaintiff's objections are without merit.

### O R D E R

　　Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is

**ADOPTED**. The motion for summary judgment filed by defendant Angelique N. Dennis is **GRANTED**.

**Signed this date.**

**Mar 26, 2015**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE