| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

LARRY WAYNE RICHARD, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:12-CV-294
§
DONALD R. KELLY, *et al.*, §
§
    Defendants. §

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Larry Wayne Richard, an inmate confined at the Telford Unit, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's motion to dismiss Unknown Grievance Coordinator be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. It is therefore

**ORDERED** that plaintiff's motion to dismiss Unknown Grievance Coordinator is **GRANTED** and plaintiff's claims against Unknown Grievance Coordinator are **DISMISSED**.

SIGNED at Beaumont, Texas, this 11th day of February, 2019.

 

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE